JUSTICE TRIEWEILER
specially concurring.
¶21 I concur with the result of the majority opinion. However, I conclude that any discussion past paragraph 16 is unnecessary and therefore, specially concur in only that part of the opinion which includes paragraphs 1 through 16.
¶22 The Defendant, William R Nelson, clearly testified that he struck Donna Nelson by accident. His contention that he did not intend to strike her is inconsistent with a defense that he struck her in self-defense. Therefore, in spite of what he did or didn’t know about her prior conduct at the time of the event which formed the basis for the charges against him, Donna Nelson’s prior conduct was irrelevant. For this reason alone, I would affirm the judgment of the District Court.